# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Tarek Isaak Mentouri

                Plaintiff,

v.                                             Case No.: 3:19–cv–01076

FifthThird Bankcorp.

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/12/2020 re [17].

                                                                               Lynda M. Hill
                                                    s/ Megan Gregory, Deputy Clerk